UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE E. BERRY JR. (#354431)

VERSUS

KENDRIC WILLIAMS, ET AL.

CIVIL ACTION

20-599-SDD-RLB

### RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated May 23, 2022 to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the defendants' Motion for Summary Judgment[3] be granted in part, dismissing the plaintiff's claims for monetary damages asserted against defendants in their official capacities and the plaintiff's claims for compensatory damages asserted against the defendants in their individual capacities, with prejudice.

**IT IS FURTHER ORDERED** that the *Motion*[4] is denied in all other regards, and this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana the 7 day of June, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 35.
[2] Rec. Doc. 41.
[3] Rec. Doc. 35.
[4] Rec. Doc. 35.